UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BOBBY J. DELISE** | * | CIVIL ACTION NO. |
| | * | |
| **- VERSUS -** | * | JUDGE |
| | * | |
| **PELLA CORPORATION** | * | MAGISTRATE |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel comes Complainant, **BOBBY J. DELISE**, who files his Complaint against **PELLA CORPORATION**, and in support thereof would show unto the Court the following:

### JURISDICTION AND VENUE

**I.**

Jurisdiction of this Honorable Court is based upon 28 U.S.C. §1332 (diversity of citizenship); Complaints submit to this Court that the matter in controversy exceeds the jurisdictional minimum amount, exclusive of interests and costs.

### PARTIES

**II.**

Parties named herein are as follows:

A.  Named Complainant herein is:

   1.  **BOBBY J. DELISE**, a resident of the full age of majority domiciled in New Orleans, Louisiana.

B.  Named Defendant herein is:

1.  **PELLA CORPORATION** an Iowa corporation**,** authorized to do and doing business under the laws of the State of Louisiana and within the jurisdiction of this Honorable Court.

## FACTS

### III.

In the November of 2001 Complainant, **BOBBY J. DELISE**, (hereinafter, "DELISE") accepted delivery of windows and doors in connection with a purchase of same from **PELLA CORPORATION** (hereinafter, "PELLA) to be installed in the construction of the Delise Family residence being constructed by Morse Homes located at 12 Snipe Street in the City of New Orleans, Louisiana;  in July of 2002 the Delise Family home was completed by Morse Homes and the Delise Family moved into their residence.

### IV.

Since the installation of the PELLA windows in the Delise Family residence numerous defects in the windows and doors were discovered by DELISE on the following instances and following each notifications were made to Morse Homes and PELLA, through Morse Homes:

1. November of 2006;
2. Spring and Fall of 2007;
3. Spring and Fall of 2008:

### V.

In response to the continuing defects and multiple notifications, PELLA removed and replaced all of the PELLA windows installed in the Delise Family residence in the spring of 2009 and warranted it's work and the new windows.

**VI.**

In the Summer of 2017 DELISE discovered that a PELLA window leak resulted in severe damage to the Delise Family residence and on June 22nd of 2017 learned that a different PELLA window was also causing damage.  A principal from Morse Homes inspected the residence and during the inspection a PELLA window crumbled in the hands of the Morse principal; on the advice and counsel of the Morse Homes principal in an effort to mitigate damages DELISE was required to immediately completely seal off the leaking windows and will required to completely seal off all of the PELLA windows in fear of additional damage.

**CAUSES OF ACTION**

**Louisiana Civil Code**

**VII**.

The actions, omissions and inactions of PELLA in the sale and knowledge of a defective product and the inadequate responses of PELLA fall under Louisiana Civil Code Article 2520, *et seq*. and, the actions, omissions, inactions, failures, unfulfilled promises and incompetent attempts to provide DELISE with replacement non-defective windows are all violations of Book III, Title III of the Louisiana Civil Code and obligates PELLA to compensate DELISE for all damages and obligations due under the original sales contract and warranty provided by PELLA; as such, PELLA is responsible to DELISE as follows:

    A.    Diminution of value of Delise Family residence;

    B.    Replacement value of new windows that do not fail;

    C.    Expenses for relocation during replacement period;

    D.    Repair cost of damage to the Delise Family residence;

    E.    Attorney fees;

F.   Interest on recoverable damages; and

G.   Any other yet to be determined damages that will be shown at the time of trial pursuant to discovery, inspection, witness testimony and expert reports and testimony.

## VIII.

**WHEREFORE,** Complainant, **BOBBY J. DELISE,** prays for judgment against Defendant, **PELLA,** in an amount as may be due and proper in the premises, and for all costs and disbursements in this action for all general and equitable relief.

Respectfully submitted,

**DELISE & HALL**

  s/Alton J. Hall, Jr.
**ALTON J. HALL, JR. (#20846)**
528 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Telecopier: (985) 809-5787
ahall@dahlaw.com

**Counsel for Complainant,
BOBBY J. DELISE**

**WAIVE SERVICE AT THIS TIME FOR:**

**PELLA CORPORATION**